UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BALDWIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE;<br>STANLEY SNIFF, JR., et al.,<br><br>　　　　　Defendant. | NO. EDCV 16-1088-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Defendants' motion for terminating sanctions is granted and the entire action is dismissed.

DATED: May 30, 2018

DAVID O. CARTER
United States District Judge