JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDRE BALDWIN, | ) NO. EDCV 16-1088-DOC (AGR) |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| COUNTY OF RIVERSIDE; STANLEY SNIFF, JR., et al., | ) |
| Defendant. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for terminating sanctions is granted and the entire action is dismissed.

DATED: May 30, 2018

DAVID O. CARTER
United States District Judge